UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-04297-KK-SSCx** | Date: | July 31, 2026 |
| Title: | ***Gevush Gabrielyan v. Markwayne Mullin et al.*** | | |

| | |
|---|---|
| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Dominique Carr | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (In Chambers) Order CONVERTING Petitioner's Ex Parte Application for Temporary Restraining Order [Dkt. 7] to Motion for Preliminary Injunction and SETTING Briefing Schedule**

The Court is in receipt of Petitioner's Ex Parte Application for Temporary Restraining Order ("Application"). ECF Docket No. ("Dkt.") 7. On its own motion, the Court hereby **CONVERTS** Petitioner's Application into a Motion for Preliminary Injunction and **ORDERS** the following briefing schedule:

Respondents shall submit an Opposition **no later than three (3) days from the date of this Order**. Petitioner may submit a Reply, if any, **no later than four (4) days from the date of this Order**.

Additionally, to preserve the Court's jurisdiction pending a ruling in this matter, and in light of Petitioner's interest in participating in further proceedings before this Court and in maintaining adequate access to legal counsel throughout these proceedings, **IT IS ORDERED** that Petitioner shall not be removed from the Central District of California pending resolution of this litigation. See Cal. Energy Comm'n v. Johnson, 767 F.2d 631, 634 (9th Cir. 1985) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to issue writs of mandamus necessary to protect their prospective jurisdiction."); United States v. United Mine Workers of Am., 330 U.S. 258, 293 (1947) (concluding the district court "had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief"). Failure to comply with this Order will result in sanctions.

**IT IS SO ORDERED**.