JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVUSH GABRIELYAN,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-04297-KK-SSC<br><br>JUDGMENT |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting a preliminary injunction (Dkt. No. 12), and Respondents are ENJOINED from re-detaining Petitioner under 8 U.S.C. § 1226 without providing him with a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required. Respondents are further ORDERED to IMMEDIATELY REMOVE any restraints on Petitioner's liberty that did

not exist at the time of Petitioner's 2026 re-detention, including but not limited to, Petitioner's enrollment in the ATD program and use of an electronic ankle monitor or similar restraints, unless they provide Petitioner with a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or danger such that such restraints are required. (JS-6)

Dated: September 14, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge